**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00334-CV

————————————

**XAN DIFEDE, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF XD VENTURES, LLC, Appellant**

**V.**

**DIANA DURAND, Appellee**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case No. 2021-38859**

---

## MEMORANDUM OPINION

Appellant filed a notice of appeal from a final judgment signed on April 21, 2025. On February 3, 2026, appellant filed a notice of nonsuit, asking the Court to "enter a final nonsuit without prejudice to refile same." On March 17, 2026, the Court issued an order requesting clarification whether appellant was requesting

dismissal of the appeal. On March 19, 2026, appellant filed a motion to dismiss the appeal. Because there was no certificate of conference, the Court held this motion for 10 days for a response, but none was filed. *See* TEX. R. APP. P. 10.5. We grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.